BEFORE THE FIRST DIVISION, AUGUST 8, 1962

**No. 66952.**—Sandoz, Inc. *v.* United States, protests 60/6794, 60/19093, and 60/21136 (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of Bontele, a mixture of chemical compounds, similar in all material respects to that the subject of *United States* v. *Sandoz Chemical Works, Inc.* (46 C.C.P.A. 115, C.A.D. 711) and that the issues herein are the same as those involved in said C.A.D. 711, the claim of the plaintiff was sustained.